```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>_Clarence Pegues_ )<br>)<br>_____ )<br>)<br>_____ )<br>)<br>_____ )<br>)<br>    Defendant(s). ) | Criminal No. 04-20308-Ml<br><br>**(30-Day Continuance)**<br><br>FILED IN OPEN COURT<br>DATE: 6/1/05<br>TIME: 11:35 AM<br>INITIALS: JPW |

                CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
                         AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the June, 2005, criminal rotation calendar, but is now RESET for report at <u>9:00 a.m. on Friday, June 24, 2005</u>, with trial to take place on the July, 2005 rotation calendar with the time excluded under the Speedy Trial Act through July 15, 2005. Agreed in open court at report date this 1st day of June, 2005.

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _6/3/05_

34

SO ORDERED this 1st day of June, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____
Assistant United States Attorney

_____

_____
Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20308 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT