IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

   Plaintiff,

VS.                                              CR. NO. 04-20308

CLARENCE PEGUES,

   Defendant.

---

### ORDER GRANTING DEFENDANT'S
### MOTION TO CONTINUE REPORT SETTING

---

This cause came on upon the motion of the Defendant to continue the report setting scheduled for June 24, 2005 at 9:00 a.m. For good cause shown, the Court hereby grants the Defendant's motion and waives counsel's presence at this setting.

**IT IS SO ORDERED** this _22_ day of June, 2005.

JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20308 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Jon McCalla
US DISTRICT COURT